

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:15-MJ-288 |
| ROBIE LYNN SIMS (01) | |

## CRIMINAL COMPLAINT

*Concealing Person from Arrest*

From or about June 25, 2015, to on or about July 2, 2015, in the Fort Worth Division of the Northern District of Texas, defendant **Robie Lynn Sims** harbored and concealed Billy Bullitt, a person for whose arrest a warrant and process had been issued under the provisions of a law of the United States, so as to prevent the discovery and arrest of Billy Bullitt, after notice and knowledge of the fact that a warrant and process had been issued for the apprehension of Billy Bullitt, and which warrant had been issued on a felony charge, in violation of Title 18 U.S.C. § 1071.

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1. On June 25, 2015, at approximately 4:00 p.m., agents/officers with the Drug Enforcement Administration (DEA) and the United States Marshal's Service (USMS) Fugitive Squad interviewed Robie Lynn Sims at the residence located at xxxx Tacoma Drive, White Settlement, Texas. Robie Lynn Sims stated that she was the girlfriend of Billy Bullitt and that she was currently living at the residence located at xxxx Tacoma Drive. TFO Perry Moore then informed Robie Lynn Sims that Billy Bullitt had an outstanding Federal Arrest Warrant for Conspiracy to Distribute a Controlled Substance.

**Criminal Complaint – Page 1**

TFO Perry Moore then asked Robie Lynn Sims if she knew where Billy Bullitt was currently living. Robie Lynn responded that she had last seen Billy Bullitt approximately two weeks ago at the residence located at xxxx Tacoma Drive.

2. TFO Perry Moore then asked Robie Lynn Sims for consent to search the residence at xxxx Tacoma Street, which she granted. Officers/Agents then began a systematic search of the residence which resulted in the seizure of approximately 25 grams of marijuana, a digital scale, four small metal grinders and two letters, one addressed to Billy Bullitt and one to Billy and Robi at xxxx Tacoma Drive. TFO Perry Moore provided Robie Lynn Sims one of his DEA business cards that contained his office and cell phone numbers. TFO Perry Moore further asked Robie Lynn Sims to contact him with any additional information regarding Billy Bullitt's new residence. Robie Lynn Sims stated that she would contact TFO Perry Moore if Billy Bullitt contacted her in the future.

3. On June 25, 2015, at approximately 5:08 p.m., members of the White Settlement Police Department were dispatched to the residence of xxxx Tacoma Drive pursuant to a 911-call from the residence. Upon their arrival, officers spoke with the S. J., the owner of xxxx Tacoma Drive who said that when she came home she discovered a white male standing in the doorway of her daughter's bedroom. S. J. said that the white male told her his name was Billy Bullitt and that he was on the run. S. J. further said that Billy Bullitt told her that he had a wife, kids and a baby on the way.

S. J. then said that she told Billy Bullitt that she did not care and wanted him out of her house. S. J. then said that Billy Bullitt left through the back door of her residence.

4.   Agents/officers believe that Billy Bullitt was in fact living at xxxx Tacoma Street, and that he fled the residence when agents/officers initially approached xxxx Tacoma Street.  Agents/officer furthermore believe that Robie Sims lied about Billy Bullitt's whereabouts so that he would have time to flee the residence.  Billy Bullitt broke into the residence at xxxx Tacoma Drive in order to avoid apprehension.

5.   On July 2, 2015, agents/officers with the USMS Fugitive Squad located and arrested Billy Bullitt at the La Quinta Inn & Suites, room #xxx, xxxx Bryant Irvin Blvd, Fort Worth, Texas.  At that time, agents/officers also located Robie Lynn Sims sleeping in the bed with Billy Bullitt.  Robie Sims had asked another person to rent the room for her and Bullitt in order to avoid alerting authorities to Billy Bullitt's location.

6.   Although I have not listed all the facts regarding this event, I believe that the facts stated here establish probable cause that the defendant has committed a violation of Title 18 U.S.C. § 1071, Concealing Person from Arrest.

_____
Perry Moore
Task Force Officer
Drug Enforcement Administration

SWORN AND SUBSCRIBED before me, at 9:50 am/pm, this 8th day of July, 2015, in Fort Worth, Texas.

_____
JEFFREY L. CURETON
United States Magistrate Judge

**Criminal Complaint – Page 3**