AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:15-MJ-288 |
| | ) | |
| ROBIE LYNN SIMS | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ROBIE LYNN SIMS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

REPORT OF VIOLATION OF CONDITIONS OF PRETRIAL RELEASE

Date:   08/13/2015

*Issuing officer's signature*

City and state:   FORT WORTH, TEXAS

Jeffrey L. Cureton, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/13/15, and the person was arrested on *(date)* 8/14/15
at *(city and state)*   Fort Worth, TX.

Date:   8/14/15

*Arresting officer's signature*

WENDELL THOMPSON
*Printed name and title*